**Order entered November 2, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

| | |
|---|---|
| No. 05-20-00995-CR | No. 05-20-00996-CR |
| No. 05-20-00997-CR | No. 05-20-00998-CR |
| No. 05-20-01009-CR | No. 05-20-01010-CR |
| No. 05-20-01011-CR | No. 05-20-01014-CR |
| No. 05-20-01015-CR | No. 05-20-01016-CR |
| No. 05-20-01026-CR | No. 05-20-01027-CR |
| No. 05-20-01028-CR | No. 05-20-01029-CR |
| No. 05-20-01030-CR | No. 05-20-01031-CR |

**BOBBY CARL JESSIE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F20-20660-M, F20-20662-M, F20-37656-M, F20-37473-M, F20-37472-M, F20-37471-M, F20-37657-M, F20-45556-M, F20-24791-M, F20-45575-M, F20-45554-M, F18-47661-M, F18-35324-M, F19-70272-M, F19-70325-M & F20-37540-M**

## ORDER

Before the Court is appellant's October 27, 2021 request for an extension of time to file his pro se response to the *Anders* brief filed by appointed counsel. We **GRANT** the extension and **ORDER** appellant's pro se response due by December 22, 2021. Appellant is cautioned that further extensions may not be granted.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Lawrence B. Mitchell; and the Dallas County District Attorney's Office. We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Bobby Carl Jessie, TDCJ# 02329180, Travis State Jail, 8101 FM 969, Austin, TX 78724.

/s/    LANA MYERS
         JUSTICE